```
GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
     Room 7211 Federal Building
     300 North Los Angeles Street
     Los Angeles, CA 90012
     Telephone: (213) 894-4600
     Facsimile: (213) 894-0115
     Email: Gavin.Greene@usdoj.gov
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>    vs.<br><br>William Joseph Brumback,<br><br>    Respondent. | Case No. EDCV10-0290 VAP (AGRx)<br><br>[Proposed] Order to Show Cause |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following address, at the time and date specified below, and show cause why the

1 | production of books, papers, records, and other data demanded in the subject IRS
2 | summons should not be compelled:
3 | Date:                Monday, April 5, 2010
4 | Time:                1:00 p.m.
5 | Courtroom:           Courtroom 2
6 | Address:        ☐ United States Courthouse
7 |                    312 North Spring Street, Los Angeles, California, 90012
8 |                 ☐ Roybal Federal Building and United States Courthouse
9 |                    255 E. Temple Street, Los Angeles, California, 90012
10 |                ☐ Ronald Reagan Federal Building and United States Courthouse
11 |                    411 West Fourth Street, Santa Ana, California, 92701
12 |                ☑ Brown Federal Building and United States Courthouse
13 |                    3470 Twelfth Street, Riverside, California, 92501
14 |
15 |        **IT IS FURTHER ORDERED** that copies of the following documents be served
16 | on Respondent by personal delivery, leaving a copy at Respondent's dwelling or
17 | usual place of abode with someone of suitable age and discretion who resides
18 | there, or certified mail:
19 |    1. This Order; and
20 |    2. The Petition, Memorandum of Points and Authorities, and accompanying
21 |       Declaration.
22 | Service may be made by any employee of the IRS or the United States Attorney's
23 | Office.
24 |        **IT IS FURTHER ORDERED** that within ten (10) days after service upon
25 | Respondent of the herein described documents, Respondent shall file and serve a
26 | written response, supported by appropriate sworn statements, as well as any
27 | desired motions. If, prior to the return date of this Order, Respondent files a
28 | response with the Court stating that Respondent does not oppose the relief

sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: March 2, 2010

U.S. DISTRICT COURT JUDGE

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America